**Mark Anthony MILLER,
Plaintiff—Appellant,**

v.

**Correctional Officer RIEPER; Sergeant Correll; Sergeant Clark; Correctional Officer Barner, Defendants–Appellees.**

No. 13–6230.

United States Court of Appeals, Fourth Circuit.

Submitted: June 13, 2013.

Decided: June 17, 2013.

Mark Anthony Miller, Appellant Pro Se. Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Anthony Miller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miller v. Corr. Officer Rieper,* No. 5:11–ct–03024–BO, 2013 WL 286261 (E.D.N.C. Jan. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*